CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
WILLIAM SKEWES-COX (DCBN 1780431)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: 415-436-7200
Facsimile: 415-436-6748
William.Skewes-Cox@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JENIFER OROZCO ACOSTA, | No. 4:25-cv-09601-HSG |
| Petitioner, | |
| v. | **STIPULATION TO EXTEND BRIEING SCHEDULE; ORDER** |
| SERGIO ALBARRAN, et al., | |
| Respondents. | |

Having met and conferred, the parties have agreed to extend by one week the briefing schedule set by the Court. *See* Dkt. No. 17. The parties seek the extension because recent factual developments in this case may result in a mutually agreed disposition to the case. However, the parties need more time to reach a possible agreement. Should the parties fail to reach an agreement, the parties will otherwise comply with the revised briefing schedule.

Accordingly, the parties respectfully propose that the Court set the following briefing schedule: Respondent's return is due by April 10, 2026 and Petitioner's traverse is due by May 11, 2026.

Dated:  April 2, 2026                                          Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ William Skewes-Cox*
WILLIAM SKEWES-COX
Special Assistant United States Attorney

*Attorneys for Respondents*

*/s/ Talia Housman*
TALIA HOUSMAN
The Justice and Diversity Center

*Attorney for Petitioner*

**ECF ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I, William Skewes-Cox, attest that I have obtained concurrence in the filing of this document from the other signatory listed here.

*/s/ William Skewes-Cox*

STIPULATION TO EXTEND BRIEING SCHEDULE
NO. 3:25-cv- 9473-EMC                                          1

**ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED that the briefing schedule proposed by the parties is adopted.

IT IS SO ORDERED.

DATED:   4/3/2026

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

STIPULATION TO EXTEND BRIEING SCHEDULE
No. 4:25-cv-09601