Talia Housman (SBN 360341)
thousman@sfbar.org
The Justice and Diversity Center
50 Fremont St. Ste. 1700
San Francisco, CA 94105
Telephone: (415) 539-9792

*Attorney for Petitioner*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JENIFER OROZCO ACOSTA, | ) No. 4:25-cv-09601-HSG |
| | ) |
| Petitioner, | ) **STIPULATION TO EXTEND** |
| v. | ) **BRIEING SCHEDULE; ORDER** |
| | ) |
| SERGIO ALBARRAN, *et al.*, | ) |
| | ) |
| Respondents. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

STIPULATION TO EXTEND BRIEFING SCHEDULE
4:25-CV-09601-HSG                1

Having met and conferred, the parties have agreed to extend by one week the briefing schedule set by the Court. *See* Dkt. No. 17. The parties seek the extension due to previously cited factual developments in this case that now require additional filings by the Petitioner. Petitioner will file the additional documents by April 15, 2026, prior to the Respondents' filing deadline.

Accordingly, the parties respectfully propose that the Court set the following briefing schedule: Respondent's return is due by April 17, 2026 and Petitioner's traverse is due by May 18, 2026.

DATED: April 10, 2026                    Respectfully submitted,

                                         */s/ Talia Housman*
                                         TALIA HOUSMAN

                                         Attorney for Petitioners

DATED: April 10, 2026                    Respectfully submitted,

                                         CRAIG H. MISSAKIAN
                                         United States Attorney

                                         ***/s/ William Skewes-Cox*
                                         William Skewes-Cox
                                         Assistant United States Attorney

                                         Attorneys for Respondents

                                         ** Pursuant to Civ. L.R. 5-1(i)(3), the filer of this document has obtained approval from this signatory.

## ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED that the briefing schedule proposed by the parties is adopted.


IT IS SO ORDERED.


DATED: 4/10/2026

THE HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

STIPULATION TO EXTEND BRIEFING SCHEDULE
4:25-CV-09601-HSG                    3